IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NOLAN KENDRICK BOYINGTON,**

    **Plaintiff,**

v.                                       Case No. 3:22-cv-23314-AW-HTC

**ESCAMBIA COUNTY JAIL MEDICAL PROVIDER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has recommended dismissal based on Plaintiff's failure to prosecute, failure to comply with a court order, and failure to keep the court apprised of his address. ECF No. 11. There has been no objection to the report and recommendation.

I have carefully considered the magistrate judge's report and recommendation, and I agree with the recommended disposition. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to prosecute, failure to comply with a court order, and failure to keep the court apprised of his address." The clerk will then close the file.

SO ORDERED on April 17, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge